## 55639. FARMER v. THE STATE.

PER CURIAM.

Defendant was convicted of violating Code § 26-2101 (c) by distributing obscene materials. *Held:*

All of defendant's enumerations of error raise identical issues which have been previously considered and rejected in *Sewell v. State,* 238 Ga. 495 (233 SE2d 187). No further consideration is required by us.

*Judgment affirmed. Bell, C. J., Shulman and Birdsong, JJ., concur.*

SUBMITTED APRIL 10, 1978 — DECIDED MAY 12, 1978 — REHEARING DENIED MAY 31, 1978 —

*Robert Eugene Smith, Michael Clutter,* for appellant.
*Hinson McAuliffe, Solicitor, Leonard W. Rhodes, Assistant Solicitor,* for appellee.